UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-14064-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TOBIAS LOWE,

    Defendant.
_____/



FILED by ___ D.C.
SEP 23 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**REPORT AND RECOMMENDATION ON DEFENDANT'S
ADMISSION TO VIOLATIONS AS SET FORTH IN THE
PETITION FOR VIOLATIONS OF SUPERVISED RELEASE**

**THIS CAUSE** having come on to be heard for an evidentiary hearing on September 23, 2009 in respect to the Petition Alleging Violations of Supervised Release, and this Court having conducted a hearing wherein the Defendant advised this Court that he wished to admit each of the three violations as set forth in the Petition, this Court recommends to the District Court as follows:

    1.    The Defendant appeared before this Court on September 23, 2009 for an evidentiary hearing in respect to the Petition Alleging Violations of Supervised Release. That Petition alleges the following violations:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about August 1, 2009, in Saint Lucie County, Florida, the defendant did possess cocaine, contrary to Florida Statute 893.13. |
| **Violation Number 2** | **Violation of Standard Condition**, by frequenting a location where controlled substances are illegally sold, used, distributed or administered. On or about August 1, 2009, the defendant was observed as a passenger inside a vehicle stopped by members of the Saint Lucie County |

                        Sheriff's Office in the area of 26th Street and Avenue D in Fort Pierce, Florida. The driver of the vehicle was arrested for driving while license suspended. Inside of that vehicle deputies found "crack cocaine rock."

**Violation Number 3**      **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On August 1, 2009, the defendant failed to abstain from alcohol use as he was instructed on June 11, 2009. The defendant admitted to consuming alcohol on August 1, 2009 prior to his arrest by the Saint Lucie Sheriff's Office for possession of cocaine.

2. At the outset of the hearing and after consultation with his attorney, the Defendant announced to this Court that he wished to admit Violation Numbers 1, 2 and 3 as set forth in the Petition. This Court questioned the Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing in respect to the alleged violations. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. The government stated a factual basis concerning the Defendant's admissions to Violation Numbers 1, 2 and 3. This Court is satisfied that the proffer made by the government does set forth a factual basis for that violation. Further, the Defendant understands the possible penalties he is facing in regards to his admissions to Violation Numbers 1, 2 and 3 of the Petition.

**ACCORDINGLY**, based upon the Defendant's admissions under oath, this Court recommends to the District Court that the Defendant be found to have violated his

supervised release in respect to Violation Numbers 1, 2 and 3 as set forth in the Petition and that a sentencing hearing be set by the District Court for final disposition of this matter.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _231_ day of September, 2009, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Theodore M. Cooperstein
AFPD Panayotta Augustin-Birch
USPO Frank Smith