UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-14064-CR-MOORE

**UNITED STATES OF AMERICA**,

    Plaintiff(s),

vs.

**TOBIAS LOWE**
**#75033-004**,

    Defendant(s).
_____/

COURT MINUTES
Date: April 19, 2011
Time: 15 Minutes

| | |
|---|---|
| TYPE OF HEARING: | Supervised Release Violation |
| PLAINTIFF'S COUNSEL: | AUSA Russell Killinger |
| DEFENSE COUNSEL: | AFPD Pannayotta Augustin-Birch |
| PROBATION OFFICER: | USPO Frank Smith |
| INTERPRETER: | None |
| CLERK: | Robin Godwin |
| REPORTER: | Judy Shelton |
| PROCEEDINGS AT HEARING: | Defendant ADMITS Violation No. 2. Counts 1 and 3 DISMISSED. Court Adopts Report & Recommendation [64]. Court finds Defendant guilty and REVOKES supervised release. Defendant is committed to the custody of the Bureau of Prisons for a term of TWENTY-FOUR (24) MONTHS, followed by supervised release for a term of THIRTY SIX (36) MONTHS, with special conditions as set forth in Report and Recommendation for Final Revocation Hearing. The Court will recommend incarceration at Coleman, to be near family. |